UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 15, 2014

MEMO TO COUNSEL RE:  Sabra Spears, et al. v. Brandon McKinney, et al.
Civil No. JFM-14-849

Dear Counsel:

I have reviewed the memoranda submitted in connection with the motion to dismiss the amended complaint filed by Brandon McKinney and McKinney Enterprises, Inc.

The motion is denied. I am satisfied that plaintiffs have alleged sufficient facts to establish personal jurisdiction over the McKinney defendants. Particularly germane is the allegation that McKinney met with Sabra Spears at her office on December 13, 2012 and discussed Ms. Spears' efforts to purchase Katz Insurance. I understand that McKinney denies that such a meeting occurred but if there is a material dispute of fact, that is a matter that must be resolved.

I have also considered the McKinney defendants' argument that the amended complaint fails to state a claim upon which relief can be granted. Although I have serious doubt about the viability of the fraud claim, I am satisfied that the amended complaint does set forth sufficient facts to support the stated claims. The fraud claim will not broaden the scope of discovery. Moreover, although I have some concern that the existence of the fraud claim may give leverage to plaintiffs, I hope that my statement of reservation about the viability of the claim may lessen that impact.

I have also reviewed the motion to set aside default filed by Timothy Crouch. Because the clerk never entered a default, the motion is denied as moot. The order denying the motion will, however, direct the clerk not to enter a default.

A conference call will be held on   October 30, 2014   at   4:30   p.m. to discuss the appropriate schedule in this case.  I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

       Very truly yours,

       /s/

       J. Frederick Motz
       United States District Judge